# KOSTOPOULOS & ASSOCIATES PLLC

ATTORNEYS & COUNSELORS AT LAW

31201 Chicago Rd. S., Suite C-102
Warren, MI 48093
Telephone: 586-574-0916
Facsimile: 586-574-2157
www.go4bankruptcy.com
www.wowrita.com

A. RITA KOSTOPOULOS, Esq.* **
HEATHER BURNARD, Esq.
LATOYA LARKIN, Esq.
RICHARD SUH, Esq. ***

.* CONSUMER BANKRUPTCY SPECIALIST
CERTIFIED BY THE AMERICAN BOARD OF
CERTIFICATION

**Also Licensed in California
***Licensed in California Only
Kostopoulos Law Group PC

October 19, 2015

To Whom it May Concern:

Please be advised that Lakisha Wade no longer works for the office of Kostopoulos & Associates, PLLC.

Sincerely,

Heather Burnard
Attorney at Law